IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                              Plaintiffs,                    **8:13CR362**

        vs.

FLOR RAMIREZ,                                                **ORDER**

                              Defendants.

This matter is before the court on defendant's MOTION FOR ENLARGEMENT OF TIME TO FILE PRETRIAL MOTIONS [41].   The record shows that this deadline expired on November 29, 2013.  A Petition for Action on Conditions of Pretrial Release was issued by the Court on October 18, 2013 as the defendant's current whereabouts are unknown.  Therefore, the Motion for Enlargement of Time to File Pretrial Motions is denied.


        IT IS ORDERED:


        1.      Defendant's MOTION FOR ENLARGEMENT OF TIME TO FILE PRETRIAL MOTIONS [41] is denied.


        2.      Pursuant to NECrimR 59.2(a), a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" no later than 12:00 noon on Monday, December 9, 2013.



        Dated this 2nd day of December, 2013.


                                        BY THE COURT:

                                        s/ F.A. Gossett, III
                                        United States Magistrate Judge