IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>ANDREA McCORD and<br>FLOR RAMIREZ,<br><br>              Defendants. | 8:13CR362<br><br>ORDER |

This matter is before the Court on the United States' Motion to Dismiss Forfeiture Allegation (Filing No. 64). The Court has reviewed the record in this case and concludes the United States' Motion should be granted. Accordingly,

IT IS ORDERED:

1. The United States' Motion to Dismiss Forfeiture Allegation (Filing No. 64) is granted; and

2. The Forfeiture Allegation of the Indictment (Filing No. 1) is dismissed.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge